**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Edward C. Abell  Jr.
Onebane Law Firm
P. O. Box 3507
Lafayette LA 70502-3507

Lawrence Lee Lewis III
Onebane Law Firm
P. O. Box 3507
Lafayette LA 70502-3507

James D. Bayard
Onebane Law Firm
P. O. Box 3507
Lafayette LA 70502-3507

### REHEARING ACTION: May 7, 2008

**Docket Number: 07   01246-CA**

**SUCCESSION OF WILLIAM J. MOSS**

**Appealed from Lafayette Parish Case No. 890597**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Michael G. Sullivan**
   **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Coury Moss, Inc.** has this day been

   **DENIED.**

cc: James Paul Lambert, Counsel for the Appellee
    Oscar E. Reed  Jr., Counsel for the Appellee
    Kenneth Alan Goodwin, Counsel for the Appellee
    Neil Gregory Vincent, Counsel for the Appellee